March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Heiver Ruiz Patozano ,  Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20 CR- 686 JGK ( )

Defendant __Heiver Ruiz Patozano__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence


/s/ Heiver Ruiz Patozano
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Amy Gallicchio
_____
Defense Counsel's Signature

Heiver Ruiz Patozano
_____
Print Defendant's Name

/s/ Amy Gallicchio
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

May 14, 2021
_____
Date

/s/ John G. Koeltl
_____
U.S. District Judge/U.S. Magistrate Judge