March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

     *Hewer Ruiz-Patozano* (signature)
     Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20 -CR- ( 686 )( JGK )

Defendant ___H. Ruiz-Patozano___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

_x_ Status and/or Scheduling Conference

\_\_\_ Plea/Trial/Sentence

_____
For H. Ruiz-Patozano
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
**Defense Counsel's Signature**

_____
H. Ruiz-Patozano
**Print Defendant's Name**

_____
Ian H. Marcus Amelkin
**Print Defense Counsel's Name**

This proceeding was conducted by reliable teleconference technology.

11/2/21
Date

_____
U.S. District Judge/~~U.S. Magistrate~~ Judge