March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

           -v-

           ,  Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20 -CR- 686 ( JGK) (    )

Defendant __Heiver Ruiz-Patozano__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_AW pp Heiver Ruiz-Patozano_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Heiver Ruiz-Patozano
Print Defendant's Name

_Ariel W___
Defense Counsel's Signature

Ariel Werner
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

1/20/22
Date

_____
U.S. District Judge/U.S. Magistrate Judge