UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                        20 Cr. 686 (JGK)

HEIVER RUIZ-PATOZANO,                ORDER
                Defendant.

---

JOHN G. KOELTL, District Judge:

As discussed at today's conference, the following schedule is set in this case:

- Defense motions are due on **April 8, 2022**. Responses are due on **April 29, 2022**. Any replies are due on **May 6, 2022**.

- The Court will hold a hearing on **May 20, 2022** at **10:00 a.m.**

- Trial will begin on **July 25, 2022** at **9:00 a.m.**

- The Government's Rule 404(b) disclosures are due on **June 3, 2022**.

- Motions in limine, voir dire, and requests to charge are due on **June 18, 2022**. Responses and objections are due on **June 24, 2022**.

- The Court will hold a final pre-trial conference on **July 13, 2022** at **10:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            January 20, 2022

                                                     John G. Koeltl
                                          United States District Judge