```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

      - against -                          20-cr-686 (JGK)

**HEIVER RUIZ-PATOZANO,**                 <u>**ORDER**</u>

             **Defendant.**

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The sentencing hearing scheduled for **September 21, 2022** is adjourned to **October 5, 2022 at 4:30 p.m.**

**SO ORDERED.**

**Dated:**    New York, New York
            August 31, 2022          /s/ John G. Koeltl
                                               John G. Koeltl
                                     United States District Judge