UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

HEIVER RUIZ-PATOZANO,

             Defendants.

20-cr-686 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

By letter dated May 15, 2023, ECF No. 213, the defendant moved to modify his sentence to include one month of supervised release. By motion dated January 7, 2024, ECF No. 226, the defendant moved pursuant to 18 U.S.C. 3582(c)(2) for a downward adjustment to his sentence.

The Government should respond to both applications by **January 26, 2024.** The defendant may reply by **February 9, 2024.**

SO ORDERED.

Dated:    New York, New York
             January 15, 2024

                                            John G. Koeltl
                                      United States District Judge