UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

HEIVER RUIZ-PATOZANO,

                Defendant.

20-cr-686-2 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Government should respond to the defendant's motion for a reduction of sentence by **August 22, 2025**. The defendant may reply by **September 12, 2025**.

    The Clerk is respectfully requested to mail a copy of this Order to the defendant at the following address and to note mailing on the docket.

    Heiver Ruiz-Patozano
    Reg. No. 20696-509
    FCI Fort Dix
    P.O. Box 2000
    Joint Base MDL, NJ 08640

SO ORDERED.
Dated:    New York, New York
            August 5, 2025

                                              John G. Koeltl
                                     United States District Judge