UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

HEIVER RUIZ-PATOZANO,

Defendant.

20-cr-686 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Clerk is respectfully requested to mail a copy of ECF No. 244 to the defendant at the following address and to note mailing on the docket.

    Heiver Ruiz-Patozano
    Reg. No. 20696-509
    FCI Fort Dix
    P.O. Box 2000
    Joint Base MDL, NJ 08640

SO ORDERED.
Dated:    New York, New York
         November 10, 2025

                                John G. Koeltl
                            United States District Judge