UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       - against -

HEIVER RUIZ-PATOZANO,

            Defendant.
_____

20-cr-686 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Government may respond to the defendant's motion for reconsideration (ECF No. 246) by **January 5, 2026.** The defendant may reply by **January 26, 2026.**

The Clerk is respectfully requested to mail a copy of this order to the defendant at the address below and to note mailing on the docket.

       Heiver Ruiz-Patozano
       Reg. No. 20696-509
       FCI Fort Dix
       P.O. Box 2000
       Joint Base MDL, NJ 08640

SO ORDERED.
Dated:    New York, New York
          December 15, 2025

                        John G. Koeltl
             United States District Judge