**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

      **- against -**

**HEIVER RUIZ-PATOZANO,**

           **Defendant.**

---

      **20-cr-686 (JGK)**

      **ORDER**

**JOHN G. KOELTL, District Judge:**

The Government's deadline to respond to the defendant's motion for reconsideration (ECF No. 246) was January 5, 2026. ECF No. 247. To date, no response has been filed. The deadline for the Government to respond is extended to **January 28, 2026.** The defendant may reply by **February 18, 2026.** If the Government does not respond by January 28, 2026, the motion will be decided on the current papers.

The Clerk is respectfully requested to mail a copy of this order to the defendant at the address below and to note mailing on the docket.

    Heiver Ruiz-Patozano
    Reg. No. 20696-509
    FCI Fort Dix
    P.O. Box 2000
    Joint Base MDL, NJ 08640

**SO ORDERED.**
**Dated:**    **New York, New York**
           **January 14, 2026**

                         **John G. Koeltl**
              **United States District Judge**

2